## The People on the relation of John R. Taylor v. The Judge of the St. Clair Circuit.

*Circuit courts: Supervisory jurisdiction: Inferior tribunals: Certiorari: Proceedings before commissioner to dissolve attachment.* Circuit courts have, under the constitution (*Art. VI.*, § 8), a general supervisory control, subject to the appellate jurisdiction of the supreme court, over inferior courts and tribunals; and they may issue a common-law *certiorari* to bring up for review proceedings before a circuit court commissioner for the dissolution of an attachment.

*Submitted on briefs and decided April 30.*

Application for *Mandamus.*

Relator commenced suit by attachment against one Marcus Young in the St. Clair circuit. Young, after having moved the court to quash the proceedings for insufficiency of the affidavit and failed in his motion, applied to the circuit court commissioner of the county to dissolve the attachment, and the commissioner dissolved it for insufficiency of the affidavit in form. The relator thereupon applied to the circuit judge for a *certiorari* to review the proceedings before the commissioner, which writ was granted. When the cause came on for hearing, however, the circuit judge declined to hear it on the ground of want of jurisdiction. The relator applies for *mandamus* to require the respondent to reinstate the cause and hear and determine it on its merits, and makes a showing of the above facts, and also that the commissioner's term had since expired, and that he was not re-elected, and that for that reason, as the relator is advised, he is prevented from suing out a new writ of *certiorari*.

*Chadwick & Potter,* for relator.

*Atkinson Bros.,* for respondent.

PER CURIAM:

This case is ruled by *Thompson v. School District No. 6 of Crockery, 25 Mich., 483.*

The writ must issue.